IH-32                                                                                                   Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

CRYSTAL LUCERO CRUZ

| Plaintiff | Case Number |
|---|---|
| vs. | 18 CIV. 457 |
| SUPERIOR CAFE COR. | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

ARMANDO OSCAR GALIANO
VILLANUEVA

| Plaintiff | Case Number |
|---|---|
| vs. | 17 CIV. 5039 |
| SUPERIOR CAFE CORP. | |
| Defendant | |

IH-32                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑ Open   (If so, set forth procedural status and summarize any court rulings.)

FACT DISCOVERY CLOSES APRIL 20, 2018

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

SIMILAR ALLEGATIONS OF WAGE AND HOUR VIOLATIONS UNDER FEDERAL AND STATE LAWS

Signature: _____  Date: 1/18/2018

Firm: Cilenti & Cooper