CRYSTAL LUCERO CRUZ

                                         Plaintiff(s)

                       - against -

SUPERIOR CAFÉ CORP.

                                         Defendant(s)

Index # 1:18-CV-00457-UA

Purchased January 18, 2018

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANGEL GUTIERREZ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 29, 2018 at 08:41 AM at

1490 MADISON AVENUE
NEW YORK, NY10029

deponent served the within SUMMONS AND COMPLAINT on SUPERIOR CAFÉ CORP. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to YANG LAMA personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | YELLOW | BROWN | 36 | 5'4 | 140 |

GLASSES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 29, 2018

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 |

ANGEL GUTIERREZ
License #: 1152171
Invoice #: 687559