UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X **INDEX NO.: 18 CIV 457-(ALC)**
CRYSTAL LUCERO CRUZ

       Plaintiff,

  -against-          **RULE 7.1 STATEMENT**

SUPERIOR CAFÉ CORP.

       Defendants
------------------------------------------------------------X

  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for SUPERIOR CAFÉ CORP. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

  There are no such corporations.

Dated: New York, NY
   March 5, 2018

                   Yours, etc
                   By: _____
                   Harold H. Weisberg, Esq.
                   Attorney for Defendants
                   SUPERIOR CAFÉ CORP.
                   1665 Lexington Avenue, 1st Fl.
                   New York, NY 10029
                   Tel: 212-787-7760
                   hhw1@verizon.net

TO: Cilenti & Cooper, PLLC
    By: Peter H. Cooper, Esq.
    Attorneys for Plaintiffs
    708 Third Avenue, 6th Fl.
    New York, N.Y. 10017
    Tel: 212-209-3933
    Fax: 212-209-7102
    Email: pcooper@jcpclaw.com