UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X INDEX NO.: 18 CIV 457-(ALC)
CRYSTAL LUCERO CRUZ

                    Plaintiff,

  -against-                                    **ANSWER TO COMPLAINT**

SUPERIOR CAFÉ CORP.

                    Defendants
---------------------------------------------------------------X

      The Defendant, SUPERIOR CAFÉ CORP., answering the Complaint in this matter by his attorney, Harold H. Weisberg, Esq., allege as follows:

### INTRODUCTION

1. Denies each and every allegation set forth in paragraphs numbered "1" and "2", of the Complaint.

### PARTIES

2. Denies knowledge or information sufficient to form a belief as to such and every allegation set forth in paragraph "5" of the Complaint.

3. Denies each and every allegation set forth in paragraph "9" except admits Plaintiff was employed by Defendant from May 5, 2017 to October 29, 2017 of the Complaint.

4. Denies each and every allegation set forth in paragraphs "11 through "14" of the Complaint.

### STATEMENT OF FACTS

5. Denies each and every allegation set forth in paragraph "15" except admits that Plaintiff was hired by Defendant on May 8, 2017 of the Complaint.

6. Denies each and every allegation set forth in paragraph "16" except admits that Plaintiff was employed by Defendant from May 8, 2017 to October 29, 2017 of the Complaint.

7. Denies each and every allegation set forth in paragraphs "17" through "21" of of the Complaint.

### STATEMENT OF CLAIM
### COUNT I

8. Defendants repeats the foregoing admissions and denials as to each and every allegation contained in paragraphs "1" through and including "21" of the Complaint.

9. Denies each and every allegation set forth in paragraphs "26" through and including "36" of the Complaint.

## COUNT II

10. Defendants repeats the foregoing admissions and denials as to each and every allegation contained in paragraphs "1" through and including "36" of the Complaint.

11. Denies each and every allegation set forth in paragraph "39" through and including "42" of the Complaint.

## COUNT III

12. Defendants repeats the foregoing admissions and denials as to each and every allegation contained in paragraphs "1" through and including "42" of the Complaint.

13. Denies each and every allegation set forth in paragraph "46" of the Complaint.

**WHEREFORE,** Defendants, SUPERIOR CAFÉ CORP., demand Judgment dismissing the Complaint herein and for such other and further relief as the court may deem just and proper, together with costs and disbursements.

Dated: New York, NY
March 5, 2018

Yours, etc
By: _____
Harold H. Weisberg, Esq.
Attorney for Defendants
SUPERIOR CAFÉ CORP.
1665 Lexington Avenue, 1st Fl.
New York, NY 10029
Tel: 212-787-7760
hhw1@verizon.net

TO: Cilenti & Cooper, PLLC
By: Peter H. Cooper, Esq.
Attorneys for Plaintiffs
708 Third Avenue, 6th Fl.
New York, N.Y. 10017
Tel: 212-209-3933
Fax: 212-209-7102
Email: pcooper@jcpclaw.com